UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11296
  MARIA ISABEL NIEVES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-9308

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/25/2007 and was confirmed 09/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF BERWYN | SECURED | 484.00 | .00 | 20.00 |
| AMERICAS SERVICING COMPA | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| SBC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSEC W/INTER | 681.13 | .00 | .00 |
| COMMONWEALTH EDISON | UNSEC W/INTER | NOT FILED | .00 | .00 |
| COOK COUNTY STATES ATTY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT INC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| NICOR GAS | UNSEC W/INTER | 654.49 | .00 | .00 |
| PREMIUM ASSET RECOVERY C | UNSEC W/INTER | 46.22 | .00 | .00 |
| RX ACQUISITIONS LLC | UNSEC W/INTER | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSEC W/INTER | NOT FILED | .00 | .00 |
| AMERICAS SERVICING COMPA | MORTGAGE ARRE | .00 | .00 | .00 |
| AMERICAS SERVICING COMPA | NOTICE ONLY | NOT FILED | .00 | .00 |
| *MCGRATH AND VELAZQUEZ | DEBTOR ATTY | 1,774.00 | | 1,383.90 |
| TOM VAUGHN | TRUSTEE | | | 96.10 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,500.00

PRIORITY                                        .00
SECURED                                       20.00
UNSECURED                                       .00
ADMINISTRATIVE                             1,383.90
TRUSTEE COMPENSATION                          96.10
DEBTOR REFUND                                   .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 11296 MARIA ISABEL NIEVES

```
                    ---------------        ---------------
TOTALS                    1,500.00               1,500.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 04/23/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE